# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUIE N. COLE

VERSUS

THE ESTATE OF JODY G.
LASALLE AND/OR UNOPENED
SUCCESSION OF JODY G.
LASALLE, THROUGH ITS DULY
AUTHORIZED SUCCESSION
REPRESENTATIVE; CONTINENTAL
INSURANCE COMPANY; ARIANA
SKY SMITH; AND THE STATE OF
LOUISIANA, THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.  2021 CW 0853

**OCTOBER 5, 2021**

---

In Re:     State of Louisiana, through the Department of
           Transportation and Development, applying for
           supervisory writs, 22nd Judicial District Court,
           Parish of St. Tammany, No. 2018-14176.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT